1  BRADFORD G. HUGHES, SBN 247141
   bhughes@clarkhill.com
2  TEANNA L. BUCHNER, SBN 275697           JS-6
   tbuchner@clarkhill.com
3  CLARK HILL LLP
   1055 West Seventh Street
4  24th Floor
   Los Angeles, CA 90017
5  213-891-9100

6  Attorneys for Defendant
   TRANSAM TRUCKING, INC.
7

8            UNITED STATES DISTRICT COURT

9      FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

10
   CASSANDRA MARTINEZ TORRES;        Case No.2:17-CV-03690-RGK-JC
11 JOHNNY PEDRAZA; JOSEPH
   PEDRAZA; and MICHAEL
12 O'HICKEY;                         [~~PROPOSED~~] ORDER FOR
                                     DISMISSAL OF THE COMPLAINT,
13         Plaintiffs;               WITH PREJUDICE, PURSUANT
                                     TO FRCP RULE 41(a)(1)(A)(ii)
14      vs.

15 THOMISINA GALETTE, TRANSAM
   TRUCKING, INC., and DOES 1 to 30;  Trial Date: May 15, 2018
16         Defendants.

17

18
        **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**
19
   **HEREIN:**
20
        Pursuant to the Stipulation of the Parties and in accordance with Fed. R. Civ.
21
   P. Rule 41(a)(1)(A)(ii), the above-entitled action is dismissed as to all defendants
22
   and as to all causes of action, with prejudice.
23
        **IT IS SO ORDERED.**
24
   Dated:  April 30, 2018
25
                                        _Gary Klausner_
26
                                     _____
                                     Honorable Judge R. Gary Klausner
27
                                         1
28              **[PROPOSED] ORDER FOR DISMISSAL**